IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | Civil Action No.: 1:08cv341 |
| GREGORY PIPING SYSTEMS, INC., ) ) | |
| Defendant. ) ) | |

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge dated May 6, 2009, recommending entry of a default judgment against Defendant Gregory Piping Systems, Inc. (Dkt. No. 14). Defendant has not filed any objections to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case, and adopts and incorporates the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that judgment is entered for Plaintiff National Pension Fund against Defendant Gregory Piping Systems in the amount of $6,817.35, with interesting accruing from March 27, 2009 at the rate of 12% per annum. It is further

ORDERED that judgment is entered for Plaintiff International Training Fund against Defendant Gregory Piping Systems in the amount of $116.07, with interesting accruing from March 27, 2009 at the rate of 12% per annum.

ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

ENTERED this 3rd day of June, 2009.

Alexandria, Virginia

/s/
**Liam O'Grady**
**United States District Judge**